# STATE OF MICHIGAN

# COURT OF APPEALS

MICHAEL CHELIK,

      Plaintiff-Appellant/Cross-Appellee,

v

CAPITOL TRANSPORT, L.L.C.,

      Defendant,

SPARROW HOSPITAL,

      Defendant-Appellee/Cross-
      Appellant.

FOR PUBLICATION
October 27, 2015

No. 322349
Ingham Circuit Court
LC No. 11-001266-NO

Before: BOONSTRA, P.J., and SAAD and HOEKSTRA, JJ.

HOEKSTRA, J.

      I concur in the result only.


                                           /s/ Joel P. Hoekstra

-1-